PROB 12C
(6/16)

Report Date: July 27, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dale Joseph Tindal | Case Number: 0980 2:16CR00200-SAB-1 |

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 14, 2017

| | |
|---|---|
| Original Offense: | Crime on Indian Reservation- Attempted Arson, 18 U.S.C. §§ 81 and 1153 |
| Original Sentence: | Prison - 290 days<br>TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Alison L. Gregoire |
| | Date Supervision Commenced: December 15, 2017 |
| Defense Attorney: | Amy H. Rubin |
| | Date Supervision Expires: December 14, 2022 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: On December 20, 2017, Mr. Tindal participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Tindal signed a copy of the conditions of supervision acknowledging his understanding of those conditions.<br><br>On July 12, 2018, Mr. Tindal admitted to the undersigned, and via a written document, that he consumed marijuana on July 10, 2018. |
| 2 | **Special Condition # 7**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility |

Prob12C
**Re: Tindal, Dale Joseph**
**July 27, 2018**
**Page 2**

        **Supporting Evidence**: On July 12, 2018, Mr. Tindal signed a waiver of a hearing to modify conditions of supervised release, specifically for the above-noted condition, special condition number 7. On July 13, 2018, the Honorable Judge Bastian, signed the modification of special condition number 7.

        On July 23, 2018, Mr. Tindal reported and checked into the RRC as instructed. On July 24, 2018, the undersigned received word from RRC staff that Mr. Tindal vacated the RRC on July 24, 2018, against staff direction, and was thus placed on absconder status.

3        **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

        **Supporting Evidence**: On December 20, 2017, Mr. Tindal participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Tindal signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

        On July 24, 2018, the undersigned spoke with Mr. Tindal in which he admitted to leaving the RRC without the permission to do so. Mr. Tindal informed the undersigned that he was going to contact his parents and return to their residence. Subsequently, Mr. Tindal was instructed to report to the U.S. Probation Office on July 24, 2018, in which his father, Dwayne Tindal, was going to attend as well.

        On July 27, 2018, Mr. Tindal failed to report to the U.S. Probation Office as instructed, and attempts to contact him via his cell phone have been unsuccessful. Collateral contact with Mr. Tindal's parents, informed the undersigned they have not seen nor spoken with their son, since July 25, 2018, and they are uncertain of his whereabouts. It should be noted, Mr. Tindal's parents informed the undersigned that they believe he is not currently taking his mental health medication. Mr. Tindal's whereabouts are unknown and he appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on:   07/27/2018

                        s/Jonathan C. Bot

                        Jonathan C. Bot
                        U.S. Probation Officer

Prob12C
**Re: Tindal, Dale Joseph**
**July 27, 2018**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X ]  The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

7/27/2018
_____
Date