PROB 12C
(6/16)

Report Date: January 18, 2019

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Dale Joseph Tindal | Case Number: 0980 2:16CR00200-SAB-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 14, 2017

| | | |
|---|---|---|
| Original Offense: | Crime on Indian Reservation- Attempted Arson, 18 U.S.C. §§ 81 and 1153 | |
| Original Sentence: | Prison - 290 days<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>September 13, 2018 | Prison - 2 months<br>TSR - 48 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: October 6, 2018 |
| Defense Attorney: | Amy Rubin | Date Supervision Expires: October 5, 2022 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition # 5**: You must not enter or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Tindal violated the conditions of his supervised by consuming alcohol.

On October 11, 2018, Mr. Tindal participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Tindal signed a copy of the conditions of supervision acknowledging his understanding of those conditions.

On December 10, 2018, the undersigned conducted a home visit at Mr. Tindal's residence. It was at this time, Mr. Tindal and his aunt provided the undersigned an unopened 12.7 bottle of Kraken Rum and two empty 1.7 ounce bottles of whiskey and vodka. Mr. Tindal admitted to purchasing the bottles of alcohol and to consuming the empty bottles on December 8,

Prob12C
**Re: Tindal, Dale Joseph**
**January 18, 2019**
Page 2

| | |
|---|---|
| 2 | 2018. The alcohol bottles were taken by the undersigned and Mr. Tindal apologized to both the undersigned and his aunt for violating the terms of his supervised release.<br><br>**Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.<br><br>**Supporting Evidence**: Mr. Tindal violated the conditions of his supervised release by using marijuana.<br><br>On October 11, 2018, Mr. Tindal participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Tindal signed a copy of the conditions of supervision acknowledging his understanding of those conditions.<br><br>On January 14, 2019, Mr. Tindal's urinalysis tested presumptive positive for marijuana. Mr. Tindal admitted to the undersigned, and via signed document, that he last used marijuana on January 13, 2019. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/18/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

01/18/2019

Date