PROB 12C
(6/16)

Report Date: January 29, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Dale Joseph Tindal | Case Number: 0980 2:16CR00200-SAB-1 |
| Address of Offender: | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, U.S. District Judge | |
| Date of Original Sentence: December 14, 2017 | |
| Original Offense: | Crime on Indian Reservation- Attempted Arson, 18 U.S.C. §§ 81 and 1153 |
| Original Sentence: | Prison - 290 days  TSR - 60 days    Type of Supervision: Supervised Release |
| Revocation Sentence: 09/13/2018 | Prison - 2 months  TSR - 48 months |
| Asst. U.S. Attorney: | Alison L. Gregoire    Date Supervision Commenced: October 6, 2018 |
| Defense Attorney: | Federal Defenders Office    Date Supervision Expires: October 5, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/18/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Tindal violated the conditions of his supervised release by using marijuana. |
| | On October 11, 2018, Mr. Tindal participated in a supervision intake at the U.S. Probation Office. On that date, the mandatory, standard, and special conditions of supervised release were reviewed with the offender. Mr. Tindal signed a copy of the conditions of supervision acknowledging his understanding of those conditions. |
| | On January 28, 2019, Mr. Tindal reported to the U.S. Probation Office and admitted to the undersigned, and via a written statement, that he last used marijuana on January 27, 2019. |

Prob12C
**Re: Tindal, Dale Joseph**
**January 29, 2019**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  01/29/2019

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian* (signature)

Signature of Judicial Officer

01/30/2019

Date