PROB 12C
(6/16)

Report Date: November 8, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 13, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dale Joseph Tindal                                  Case Number: 0980 2:16CR00200-SAB-1

Address of Offender:                          Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 14, 2017

Original Offense:        Crime on Indian Reservation-Attempted Arson, 18 U.S.C. §§ 81, 1153

Original Sentence:       Prison - 290 days                 Type of Supervision: Supervised Release
                         TSR - 60 days

Revocation Sentence:     Prison - 2 months
09/13/2018               TSR - 48 months

Revocation Sentence:     Prison - 5 months
02/20/2019               TSR - 53 months

Asst. U.S. Attorney:     Alison L. Gregoire                Date Supervision Commenced: July 18, 2019

Defense Attorney:        Federal Defenders Office          Date Supervision Expires: December 17, 2023

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 11/05/2019.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #6** :  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On November 7, 2019, Mr. Tindal was in direct violation of special condition number 6 by disclosing he used marijuana, methamphetamine, and heroin on November 5, 2019.

On July 19, 2019, Mr. Tindal was given a copy of his judgment and his conditions of supervision were explained to him. Mr. Tindal signed his judgment reflecting he understood each condition.

Prob12C
**Re: Tindal, Dale Joseph**
**November 8, 2019**
**Page 2**

On November 7, 2019, the undersigned officer and another U.S. Probation officer met with Mr. Tindal in his holding cell. He then self reported that he was not at his residence on November 5, 2019, and was using "just about everything."

When asked for clarification he stated he had used marijuana, methamphetamine and heroin. He signed a drug use admission form reflecting the same.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  11/08/2019

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/13/2019

Date