PROB 12C
(6/16)

Report Date: March 11, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 11, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dale Joseph Tindal        Case Number: 0980 2:16CR00200-SAB-1

Address of Offender:                                    Mead, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 14, 2017

Original Offense:        Crime On Indian Reservation-Attempted Arson, 18 U.S.C. §§ 81 and 1153

Original Sentence:       Prison - 290 days              Type of Supervision: Supervised Release
                         TSR - 60 days

Revocation Sentence:     Prison - 2 months
(09/13/2018)             TSR - 48 months

Revocation Sentence:     Prison - 5 months
(02/20/2019)             TSR - 53 months

Revocation Sentence:     Prison- 3 months
(01/08/2020)             TSR- 24 months

Asst. U.S. Attorney:     Alison L. Gregoire            Date Supervision Commenced: February 5, 2020

Defense Attorney:        Amy H. Rubin                  Date Supervision Expires: February 4, 2022

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

   1    **Special Condition #7**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

        **Supporting Evidence**: On March 10, 2020, Mr. Tindal was in direct violation of special condition number 7 by failing to reside at the RRC for a period up to 180 days at the direction of the supervising officer.

Prob12C
**Re: Tindal, Dale Joseph**
**March 11, 2020**
**Page 2**

On February 28, 2020, Mr. Tindal signed paperwork reflecting that he was in favor of a modification to incorporate an RRC condition. The condition was explained to him and he indicated he understood it in full.

Mr. Tindal had a prearranged bed date at the RRC for March 10, 2020, and he reported to the RRC at approximately noon. At 12:23 p.m., Mr. Tindal called the undersigned officer stating he was kicked out of the RRC. He reported he did not like that he could not smoke cigarettes or consume energy drinks.

The undersigned officer called the RRC and spoke to the staff. They reported that Mr. Tindal was informed he could not smoke or consume energy drinks, and Mr. Tindal then walked outside the RRC and began smoking and consuming an energy drink. Staff reminded him again of their rules and Mr. Tindal swore at the staff member. He called his mother to pick him up at the RRC because he was leaving.

2 **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On March 10, 2020, Mr. Tindal was in direct violation of special condition number 6 by failing to abstain from the use of illegal controlled substances.

On February 5, 2020, Mr. Tindal was given a copy of his judgment and his conditions were explained to him. He signed the judgment stating he understood his conditions.

On March 10, 2020, Mr. Tindal disclosed he had used methamphetamine on March 9, 2020. He reported to the U.S. Probation Office and supplied a urine sample that tested positive for methamphetamine. He signed a drug use admission form stating he used methamphetamine on March 9, 2020.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/11/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

Prob12C
**Re: Tindal, Dale Joseph**
**March 11, 2020**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Signature*

Signature of Judicial Officer

3/11/2020

Date