PROB 12C
(6/16)

Report Date: April 13, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 14, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Dale Joseph Tindal | | Case Number: 0980 2:16CR00200-SAB-1 |
| Address of Offender: | | Mead, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: December 14, 2017

| | | |
|---|---|---|
| Original Offense: | Crime On Indian Reservation-Attempted Arson, 18 U.S.C. §§ 81 and 1153 | |
| Original Sentence: | Prison - 290 days<br>TSR - 60 days | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(09/13/2018) | Prison - 2 months<br>TSR - 48 months | |
| Revocation Sentence:<br>(02/20/2019) | Prison - 5 months<br>TSR - 53 months | |
| Revocation Sentence:<br>(01/08/2020) | Prison- 3 months<br>TSR- 24 months | |
| Asst. U.S. Attorney: | Alison L. Gregoire | Date Supervision Commenced: February 5, 2020 |
| Defense Attorney: | Amy H. Rubin | Date Supervision Expires: February 4, 2022 |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 03/16/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #8**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able.<br><br>**Supporting Evidence**: On April 13, 2020, Mr. Tindal was in direct violation of special condition number 8 by failing to participate in and willfully aborting inpatient treatment. |

Prob12C
**Re: Tindal, Dale Joseph**
**April 13, 2020**
**Page 2**

On March 16, 2020, Mr. Tindal signed a waiver of hearing and agreed to the above-referenced special condition to be added to his judgement and sentence. He fully understood the condition.

On April 13, 2020, the undersigned officer received a call from Mr. Tindal's treatment counselor at American Behavioral Health Services (ABHS) inpatient treatment. The counselor reported that Mr. Tindal had threatened to punch someone and threatened to hurt himself unless he was allowed to leave. The counselor attempted to talk Mr. Tindal out of leaving ABHS. He was unsuccessful at trying to reason with him and Mr. Tindal subsequently walked out of the inpatient treatment facility on April 13, 2020.

The U.S. Probation Office respectfully recommends the Court to **issue a warrant** and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/13/2020

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

4/14/2020
Date